UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO ORTEGA RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>LARRY D. SMITH CORRECTIONAL FACILITY, et al.,<br><br>Defendants. | Case No. 5:20-02036 GW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Civil Rights Complaint, (Dkt. No. 24), Defendants' Motion to Dismiss, (Dkt. No. 35), the opposing and reply papers, (Dkt. Nos. 41, 43, 58), and the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 73). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation of United States Magistrate Judge is accepted, (Dkt. No. 73);

2. The Motion to Dismiss is granted, in part, and denied, in part, (Dkt. No. 35); and

3. Deputy Budnik, Sheriff Chad Bianco, and Captain Reed are ordered to file an answer within 14 days of entry of this Order.

DATED: September 13, 2022

_____
THE HONORABLE GEORGE H. WU
United States District Judge