UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO ORTEGA RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:20-02036 GW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Judgment on the Pleadings (Dkt. No. 85), Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings (Dkt. No. 88), Defendants' Request for Judicial Notice (Dkt. No. 86), Defendants' Reply in Support of their Motion for Judgment on the Pleadings (Dkt. No. 89), and the Report and Recommendation of United States Magistrate Judge Granting in Part Defendants' Motion for Judgment on the Pleadings (Dkt. No. 95.)  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 95) is accepted;

2. Defendants' Motion for Judgment on the Pleadings (Dkt. No. 85) is granted in part and denied in part;

3. Defendants' Request for Judicial Notice (Dkt. No. 86) is granted in its entirety; and

4. Plaintiff is given leave to amend his complaint to assert a Fourteenth Amendment conditions-of-confinement claim only. An amended complaint must be filed by no later than 30 days after entry of this order.

DATED: September 20, 2023

_____
THE HONORABLE GEORGE H. WU
United States District Judge