UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:20-02036 GW (ADS)          Date: February 12, 2024

Title: *Raymundo Ortega Ramirez v. Larry D. Smith Correctional Facility, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On November 3, 2023, Defendant Keith Budnik filed a Motion for Summary Judgment (the "Motion"). (Dkt. No. 101.) On January 2, 2024, the Court extended Plaintiff Raymundo Ortega Ramirez's time to oppose the Motion to January 12, 2024. (Dkt. No. 105.) To date, Plaintiff has not filed an opposition to the Motion.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why he has not filed an opposition or a statement of non-opposition to the Motion**. Plaintiff must file his response to the Motion by no later than **February 20, 2024**. Failure to file an opposition to the Motion will be deemed as Plaintiff's acknowledgement that the Motion is unopposed.

**IT IS SO ORDERED.**

Initials of Clerk kh