UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO ORTEGA RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SHERIFF DEPUTY BUDNIK,<br><br>　　　　　　Defendant. | Case No. 5:20-02036 GW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's Motion for Summary Judgment (Dkt. No. 101), Plaintiff's Statement of Non-Opposition (Dkt. No. 107), and the Report and Recommendation of United States Magistrate Judge (Dkt. No. 109.)  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　The Report and Recommendation (Dkt. No. 109) is accepted;

　　　　2.　　Defendant's Motion for Summary Judgment (Dkt. No. 101) is granted;

3. The case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: March 27, 2024

_____
THE HONORABLE GEORGE H. WU
United States District Judge

2