JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO ORTEGA RAMIREZ, | Case No. 5:20-02036 GW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SHERIFF DEPUTY BUDNIK, | |
| Defendant. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed with prejudice.

DATED: March 27, 2024

_____
THE HONORABLE GEORGE H. WU
United States District Judge